MOTION GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **ZULFAT SUARA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:25-cv-01382** |
| | ) | |
| | ) | |
| **v.** | ) | **JURY DEMAND** |
| | ) | |
| | ) | |
| **MEHARRY MEDICAL COLLEGE** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT MOTION TO AMEND CASE MANAGEMENT ORDER**

Plaintiff Zulfat Suara ("Plaintiff") and Defendant Meharry Medical College ("Defendant") (collectively the "Parties"), by and through their undersigned counsel, hereby jointly move this Court for amendment of the Court's Initial Case Management Order (Dkt. No. 29). In support of this Joint Motion, the Parties state as follows:

1. On November 26, 2025, Plaintiff filed a Complaint for Discrimination under Title VII and Section 1981 against the Defendant (Dkt. No. 1), and filed an Amended Complaint on February 26, 2026 to add a count for retaliation under Section 1981. (Dkt. No. 23).

2. The Parties participated in an initial case management conference before the Court on March 12, 2026, and on March 13, 2026, the Court entered the Initial Case Management Order (Dkt. No. 29). Per that Case Management Order, the parties' deadline to file Motions to Amend or to Add Parties is August 28, 2026.

3. On March 12, 2026, Defendant filed a Motion to Dismiss Plaintiff's Amended Complaint (Dkt. No. 27). The Motion to Dismiss was fully briefed by April 2, 2026 (Dkt. Nos. 32 and 33).

4. On March 19, 2026, Plaintiff filed a Title VII Retaliation Claim with EEOC, and the Notice of Right to Sue was issued on March 30, 2026.

5. The Parties entered into a tolling agreement on June 25, 2026, tolling Ms. Suara's unpleaded claim based on retaliation under Title VII for a set period of time.

6. In light of the pending motion to dismiss, which will provide the parties' guidance as to the viability of Plaintiff's claims, the parties' tolling agreement regarding Ms. Suara's claim for Title VII retaliation, and for good cause shown, the parties respectfully move the Court to amend the Initial Case Management Order to change the parties' deadline to file Motions to Amend or to Add Parties to November 1, 2026 to account for the parties' tolling agreement on Plaintiff's Title VII retaliation claim.

DATED: August 27, 2026

Respectfully submitted,

*/s/ Joey P. Leniski, Jr.*

Joey P. Leniski, Jr., BPR No. 22891
Tricia Herzfeld, BPR No. 26014
Daniel P. Hull, BPR No. 24511
HERZFELD, SUETHOLZ, GASTEL, LENISKI
AND WALL PLLC
1920 Adelicia Street, Suite 300
Nashville, Tennessee 37212
Phone: (615) 800-6225
Email: joey@hsglawgroup.com
tricia@hsglawgroup.com
daniel@hsglawgroup.com

*Attorneys for Plaintiff Zulfat Suara*

and

*<u>/s/ Nakimuli Davis-Primer w/permission (JPL)</u>*
Nakimuli Davis-Primer
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Phone: (601) 351-2400
Email: ndavisprimer@bakerdonelson.com

Mark A. Baugh
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC (Nash)
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Phone: (615) 726-5591
Email: mbaugh@bakerdonelson.com

Denmark J. Grant
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 West End Ave., Suite 2000
Nashville, Tennessee 37203
Phone: (615) 726-5591
Email: dgrant@bakerdonelson.com

*Attorneys for Defendant Meharry Medical College*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2026, a copy of the foregoing *Joint Motion to Amend Case Management Order* was filed using this Court's CM/ECF service, which will send notification of such filing to all counsel of record:

Mark A. Baugh
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC (Nash)
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Email: mbaugh@bakerdonelson.com

Nakimuli Davis-Primer
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
ndavisprimer@bakerdonelson.com

Denmark J. Grant
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 West End Ave., Suite 2000
Nashville, Tennessee 37203
dgrant@bakerdonelson.com

*/s/ Joey P. Leniski, Jr.*
Joey P. Leniski, Jr.